IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TED SIGMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC.; and BRIDGESTONE RETAIL OPERATIONS, LLC d/b/a FIRESTONE COMPLETE AUTO CARE,<br><br>Defendants. | Case No. 2:18-cv-03324-DCN<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Ted Sigmon, individually and on behalf of others similarly situated, does hereby agree and stipulate to a voluntary dismissal of all claims in the above-captioned case, including all claims that were or could have been asserted, *with prejudice,* with each party to bear their own costs.

**WE SO STIPULATE:**

_s/James L. Ward, Jr._
James L. Ward, Jr.
McGowan Hood & Felder, LLC
321 Wingo Way, Suite 103
Mt. Pleasant SC  29464

Gregory A. DeLuca
DeLuca Maucher, LLP
113 Broughton Road
Moncks Corner, SC 29461

Benjamin J. Sweet
The Sweet Law Firm, PC
186 Mohawk Drive
Pittsburgh, PA 15228

_s/David S. Cox_
David S. Cox
Jeffrey M. Bogdon
288 Meeting Street, Suite 200
Charleston, SC  29401

*Attorneys for Defendants*

Jonathan D. Miller
Nye Stirling Hale & Miller, LLP
33 W. Mission Street, Suite 201
Santa Barbara, CA  93101

*Attorneys for Plaintiff*

{00934257.DOCX.1 }